IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Curtis L. King, #273504,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Official McPherson, Lee Corr. Inst.; Sgt. Boatwright, Lee Corr. Inst.; Shake Down Team at Lee Corr. Inst./Turbeville; Capt. Pack, Turbeville Corr. Inst.; Lt. Shannon, Turbeville Corr. Inst.; Officer McElveen, Turbeville Corr. Inst.; Officer Barnes, Turbeville Corr. Inst.; Lt. Seibel, Broad River Corr., Inst.; Capt. Washington, Broad River Corr., Inst.; Sgt. Carlton Ashe; and Sgt. Debra McFadden,<br><br>　　　　　　　　　　　Defendants. | Civil Action No.: 0:15-cv-2358-RBH-PJG<br><br>**ORDER TO DEPOSE PLAINTIFF** |

　　This matter comes before me upon Motion by Defendants pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, requesting an Order granting Defendants' Motion to Depose the *pro se* Plaintiff, inmate Curtis L. King, #273504, in the above-captioned case.

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Defendants be granted leave to take the deposition of Plaintiff Curtis L. King, #273504, on Friday, February 12, 2016, at 11:00 a.m. at the Walden Correctional Institution.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paige J. Gossett
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

February 1, 2016
Columbia, South Carolina